| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MCCONNELL, MICHAEL W | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>04/23/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. COURT OF APPEALS - FULL | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>FEDERAL BUILDING, SUITE 5402<br>125 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84138 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG -1 A 11: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 04/23/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | ASPEN PUBLISHING CO., PUBLICATION ROYALTIES | $ 2,812 |
| 2. 2005 | YALE UNIVERSITY, PUBLICATION ROYALTIES | $ 129 |
| 3. 2005 | OXFOR UNIVERSITY PRESS, INC., PUBLICATION ROYALTIES | $ 5,000 |
| 4. 2005 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, TEACHING | $ 24,337 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ████████████ TEACHING INCOME |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Harvard University School of Law | Jan. 3 - Jan. 21, Cambridge, MA, Teaching (Transportation, lodging, meals) |
| 2. University of Minnesota Law School | Feb. 28 - Mar. 1, Minneapolis, MN, Lecture (Transportation, lodging, meals) |
| 3. Brigham Young University School of Law | Mar. 4, Provo, UT, Moot Court Competition (Transportation) |
| 4. University of Colorado School of Law | Mar. 9 - Mar. 10, Boulder, CO, Lecture (Transportation, lodging, meals) |
| 5. St. John's University School of Law | Mar. 11 - Mar. 15, Queens, NY, National Bankruptcy Moot Court Competition (Transportation, lodging, meals) |
| 6. Liberty Fund | Apr. 14 - Apr. 15, Alexandria, VA, Participant in a colloquium, (Transportation, lodging, meals) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCCONNELL, MICHAEL W | 04/23/2006 |

7. FJC

Jun. 7 - Jun. 10, Santa Fe, NM, Circuit Judicial Conference (Transportation, lodging, meals)

8. American Constitution Society for Law and Policy

Jul. 29 - Jul. 30, Washington, DC, Panel Presentation (Transportation, lodging, meals)

9. Saint Thomas More, Catholic Chapel at Yale University

Oct. 11 - Oct. 12, New Haven, CT, Lecture (Transportation, lodging, meals)

10. Harvard Law School

Oct. 13 - Oct. 14, Cambridge, MA, Academic Conference (Transportation, lodging, meals)

11. University of Virginia School of Law

Oct. 26 - Oct. 28, Charlottesville, VA, Lecture (Transportation, lodging, meals)

12. Edmund Burke Society

Nov. 4 - Nov. 5, Chicago, IL, Debate (Transportation, lodging, meals)

13. The Federalist Society

Nov. 9 - Nov. 10., Washington, DC, Panel Presentation (Transportation, lodging, meals)

14. Federal Bar Association of Western District of Washington

Dec. 7 - Dec. 8, Seattle, WA, Speech (Transportation, lodging, meals)

15. United States Tenth Circuit Court of Appeals

Dec. 14, Denver, CO, Meeting of circuit judicial council (Transportation, lodging, meals)

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 04/23/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 04/23/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Mutual (Bank Account) (See Note Part VIII) | A | Interest | | | | | | | |
| 2. FIDELITY INVESTMENTS IRA #1 | | | | | | | | | |
| 3. -SPARTAN 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 4. -FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 5. FIDELITY INVESTMENTS IRA #2 | | | | | | | | | |
| 6. -Fidelity Worldwide Fund | C | Dividend | K | T | | | | | |
| 7. -Fidelity Emerging Markets Fund | C | Dividend | K | T | | | | | |
| 8. -Fidelity Cash Reserves Account | A | Dividend | J | T | | | | | |
| 9. -Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 10. TIAA CREF | | | | | | | | | |
| 11. -TIAA Traditional Fund | C | Dividend | N | T | | | | | |
| 12. -CREF Stock Fund | E | Dividend | M | T | | | | | |
| 13. -CREF Equity Index Fund | D | Dividend | M | T | | | | | |
| 14. -CREF Global Equities Fund | C | Dividend | K | T | | | | | |
| 15. Dodge & Cox - Common Stock (401k) | E | Dividend | M | T | | | | | |
| 16. Janus Small Cap Value (401k) | B | Dividend | | | Sell | 9/30 | K | A | |
| 17. Scudder Equity 500 Index Fund (401k) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 04/23/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Street Research Emerging (401k) | A | Dividend | | | Sell | 3/31 | M | A | |
| 19. Dryfus Premium Small Equity R (401k) | C | Dividend | K | T | | | | | |
| 20. STI Classic SmCap Gr Stock T (401k) | D | Dividend | M | T | | | | | |
| 21. Wells Fargo (Bank Account) | A | Interest | J | T | | | | | |
| 22. Brokerage Account #1 | | | | | | | | | |
| 23. -Fidelity Worldwide Fund | A | Dividend | J | T | | | | | |
| 24. -Spartan Total Market Index Fund | A | Dividend | K | T | | | | | |
| 25. -Spartan 500 Index Fund | B | Dividend | L | T | | | | | |
| 26. -Fidelity Magellan Fund | B | Dividend | L | T | | | | | |
| 27. -Fidelity Municipal Money Market | C | Interest | M | T | Sell | 6/30 | L | A | |
| 28. -Fidelity Retirement Reserves Annuity | B | Dividend | L | T | | | | | |
| 29. -Spartan 500 Inex Fund (SEP IRA) | A | Dividend | J | T | | | | | |
| 30. -Fidelity Cash Reserves (SEP IRA) | A | Dividend | J | T | | | | | |
| 31. -Spartan 500 Index Fund (UTMA) | A | Dividend | J | T | Sell | 6/6 | J | A | |
| 32. -Spartan 500 Index Fund (UTMA) | A | Dividend | K | T | | | | | |
| 33. -Spartan 500 Inex Fund (UTMA) | A | Dividend | J | T | Sell | 12/23 | J | A | |
| 34. Prudential -Nationwide Variable Life Insurance | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 04/23/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Investments IRA #3 | | | | | | | | | |
| 36. -Fidelity Magellan Fund | D | Dividend | M | T | | | | | |
| 37. Fidelity Investments IRA #4 | | | | | | | | | |
| 38. -Fidelity Low Priced Stock Fund | E | Dividend | M | T | | | | | |
| 39. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCCONNELL, MICHAEL W | 04/23/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts, Line 1 - The Washington Mutual Bank Account was closed in 2004. This account was below the reporting threshold at the time it was closed.

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 04/23/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████████     Date___7/31/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544